SAMUEL FRIEDMAN, Appellant and Respondent, *v.* ROSETH CORPORATION et al., Respondents and Appellants.

Argued May 13, 1947; decided May 29, 1947.

*Milton Kunen* and *Jack L. Ratzkin* for plaintiff, appellant and respondent.

*Daniel Kornblum, Murray A. Gordon, Benjamin D. Gold* and *M. J. Konnoson* for defendants, respondents and appellants.

Order insofar as appealed from, and judgment appealed from, affirmed, without costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.